# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00319-CV

## In re Marcus Williams

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Marcus Williams has petitioned this Court for a writ of mandamus to compel the 403rd District Court of Travis County to forward to the court of criminal appeals a writ of habeas corpus that Williams had filed in the district court. We have determined that Williams's writ was forwarded to the court of criminal appeals and that the court dismissed the writ on January 16, 2008.[1]

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Filed:   May 30, 2008

---

[1] The court of criminal appeals' order stated that the writ was dismissed because a direct appeal was pending. At the time, our mandate in the underlying proceeding had not yet issued. *See Williams v. State*, 240 S.W.3d 293 (Tex. App.—Austin 2007, no pet.).